# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SANDRA K. TAYLOR  
234 NORTHWAY PARK ROAD  
APT. 5  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-7000

Case Number: 04-74557

Case filed on: 9/14/2004  
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,700.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 206 | BENEFICIAL FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SANDRA K. TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST NATIONAL BANK & TRUST OF BELOIT | 6,200.00 | 6,200.00 | 6,200.00 | 582.81 |
| 003 | HEIGHTS FINANCE | 1,752.40 | 0.00 | 0.00 | 0.00 |
| 005 | BASS & ASSOCIATES PC | 150.00 | 150.00 | 150.00 | 30.37 |
|  | Total Secured | 8,102.40 | 6,350.00 | 6,350.00 | 613.18 |
| 001 | AMCORE BANK NA | 3,019.65 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST NATIONAL BANK & TRUST OF BELOIT | 2,849.78 | 2,849.78 | 998.21 | 0.00 |
| 003 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HEIGHTS FINANCE | 882.86 | 882.86 | 309.24 | 0.00 |
| 005 | BASS & ASSOCIATES PC | 737.20 | 737.20 | 258.22 | 0.00 |
| 006 | HFC | 1,325.98 | 1,325.98 | 464.45 | 0.00 |
| 007 | BLAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 585.33 | 585.33 | 205.02 | 0.00 |
| 009 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MX ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 1,084.57 | 1,084.57 | 379.89 | 0.00 |
|  | Total Unsecured | 10,485.37 | 7,465.72 | 2,615.03 | 0.00 |
|  | Grand Total: | 19,951.77 | 15,179.72 | 10,329.03 | 613.18 |

Total Paid Claimant:     $10,942.21  
Trustee Allowance:       $757.79  
Percent Paid Unsecured:      35.03

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007          By   /s/Heather M. Fagan